# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137750(34)

CYNTHIA EDEN,
   Plaintiff-Appellant,

v

             SC: 137750
             COA: 285225
             Oakland CC: 2007-083383-CH

JP MORGAN CHASE BANK,
   Defendant-Appellee.

_____/

   On order of the Court, the motion for reconsideration of this Court's February 24, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

Clerk

d0615